IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JOHN ROBYN,

    Petitioner,                               No. 2:12-cv-3044 KJN P

    vs.

KAMALA HARRIS,

    Respondent.                            ORDER TO SHOW CAUSE

_____/

        A recent court order was served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, petitioner shall show cause why this action should not be dismissed for his failure to inform the court of his address change. See Local Rule 183(b).

DATED: April 10, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

roby3044.133a

1