IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT JOHN ROBYN,

    Petitioner,                   No. 2: 12-cv-3044 KJN P

    vs.

KAMALA HARRIS,                  ORDER AND

    Respondent.              FINDINGS AND RECOMMENDATIONS

_____/

        On March 21, 2013, a court order served on petitioner's address of record was returned by the postal service. On April 11, 2013, the court granted petitioner twenty-one days to show cause why this action should not be dismissed for his failure to inform the court of his address change. The order to show cause was also returned by the postal service.

        Petitioner has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than sixty-three days have passed since the court order was returned by the postal service and petitioner has failed to notify the Court of a current address.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action; and

////

1    IT IS HEREBY RECOMMENDED that this action be dismissed without
2 prejudice for failure to prosecute.  See Local Rule 183(b).
3    These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
5 days after being served with these findings and recommendations, plaintiff may file written
6 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
7 Findings and Recommendations."  Any response to the objections shall be filed and served
8 within fourteen days after service of the objections.  Plaintiff is advised that failure to file
9 objections within the specified time may waive the right to appeal the District Court's order.
10 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
11 DATED:  May 28, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rob3044.dis

2